UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

SAVAGE TAVERN, INC.,

    Plaintiff,

v.                                                No. 5:21-CV-078-H

SIGNATURE STAG, LLC,

    Defendant.

## FINAL JUDGMENT

Pursuant to the parties' settlement agreement, it is hereby ordered, adjudged, and decreed that all claims for damages in this action are dismissed with prejudice.

It is further ordered that Savage Tavern, Inc. is permanently enjoined from any and all uses of the Mark, including but not limited to selling apparel featuring the Mark and using menus featuring the Mark, either passively or actively, including the maintenance of past advertisements or equivalent communications. Further, the Court's prior order for cancellation of the Mark registered to Savage Tavern, Inc. (Dkt. No. 25) shall be deemed final pursuant to the summary judgment and this permanent injunction.

The Clerk of the Court is directed to close this case. The parties shall each bear their own costs and attorneys' fees.

So ordered on October 14, 2022.

                                                     _____
                                                     JAMES WESLEY HENDRIX
                                                     UNITED STATES DISTRICT JUDGE